

|  |  |
|---|---|
| **Guillermo C. Artiles**<br>Partner<br><br>T. 973-849-4090<br>F. 973-995-4846<br><br>gartiles@mccarter.com | McCarter & English, LLP<br><br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br><br>www.mccarter.com |

March 8, 2022

**VIA ECF**

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Courtroom 3C
Newark, NJ 07102

Re:  *CFTC v. WorldWideMarkets, LTD., et al.*
        **Civil Action No. 21-20715**

Dear Judge Wettre:

This office, along with Gekas Law, Ltd., represents Defendant Arthur Dembro in the above referenced matter.  On February 25, 2022, Defendant Dembro filed a Motion to Dismiss Plaintiff CFTC's Complaint, which is currently returnable on March 21, 2022. (ECF No. 24).  Defendant Dembro's Reply to Plaintiff CFTC's Opposition (ECF No. 30) is currently due on Monday March 14, 2022.  Due to certain pre-existing scheduling conflicts, Defendant Dembro respectfully requests a one-week extension of the March 14, 2022 Reply deadline; *i.e.*, setting March 21, 2022 as the deadline for Defendant Dembro to file his Reply.  Plaintiff CFTC's counsel has consented to this request.

We respectfully ask that, if this request is acceptable, Your Honor "So Order" this letter and have it filed on the Court's docket.

If the Court has any questions, we remain available at Your Honor's convenience.  Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

/s/ *Guillermo C. Artiles*

Guillermo C. Artiles

cc:    All Counsel of Record (via ECF)

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** ___3/9/2022___

ME1 39830103v.1