```
 1        UNITED STATES DISTRICT COURT
             DISTRICT OF NEW JERSEY
 2

 3   COMMODITY FUTURES TRADING COMMISSION,
 4              Plaintiff(s),
 5         vs
 6   WORLDWIDE MARKETS, LTD.; TAB NETWORK, INC.; THOMAS
     PLAUT; and ARTHUR DEMBRO,
 7
                Defendant(s).
 8

     _____
 9

10

11            S T A T E M E N T
12            November 3, 2023
13               -   -   -
14   REPORTED BY: KATHLEEN SWENOR, RPR, CCR
15               -   -   -
16
17
18
19
20
21
22
23
24
25      Job No. CS6298674
```

```
 1
 2           TRANSCRIPT of the stenographic notes of
 3   the proceedings in the above-entitled matter, as
 4   taken by and before KATHLEEN SWENOR, a Registered
 5   Professional Reporter, Certified Court Reporter
 6   and a Notary Public of the State of New Jersey,
 7   held on November 3, 2023, commencing at 10:00 in
 8   the morning.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:
 2
 3   COMMODITY FUTURES TRADING COMMISSION
     DIVISION OF ENFORCEMENT
 4   BY:  JON J. KRAMER, ESQ.
     77 West Jackson Boulevard
 5   Chicago, Illinois 60604
     Attorneys for Plaintiff(s)
 6
 7
 8   GEKAS LAW, LTD
     BY:  CONSTANTINE "CHRIS" GEKAS, ESQ.
 9   33 North LaSalle Street
     Chicago, Illinois 60602
10   Attorneys for Defendant(s)
11
12
13
14
15
16
17
18
19
     Also Present: Joseph Patrick, Investigator
20   Joseph Konizeski, Esq.
     John Kramer, Esq
21   Arthur Dembro
22
23
24
25
```

```
 1
 2                      E X H I B I T S
 3     NO.           DESCRIPTION                         PAGE
 4     CFTC-185, Email dated 10-17-23
 5     with attachments............................8
 6     CFTC-186, Subpoena..........................8
 7     CFTC-187, Amended notice of deposition......9
 8     CFTC-188, Email form Drew Pagano............9
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    -  -  -
 2            DEPOSITION SUPPORT INDEX
 3                    -  -  -
 4
 5   Direction to Witness Not to Answer
 6   Page        Line        Description
 7   (None)
 8
 9   Request for Production of Documents
10   Page        Line
11   (None)
12
13   Stipulations
14   Page        Line
15   (None)
16
17   Questions Marked
18   Page        Line
19   (None)
20
21
22
23
24
25
```

1             MR. PLATT:  My name is Joseph Platt.
2     I'm an attorney at the CFTC, which is the
3     plaintiff in this action.  We are here to
4     conduct the deposition of Defendant
5     Worldwidemarkets, LTD pursuant to Federal
6     Rule of Civil Procedure 30(b)(6).
7             Would any other parties that are
8     present for today's proceedings identify
9     themselves for the record?
10            MR. GEKAS:  I'm Chris Gekas.  I
11    represent Art Dembro, who is on the line with
12    us as well.
13            MR. PLATT:  It's 9:08 central time.  No
14    witness has appeared for today's deposition
15    on behalf of Worldwidemarkets, Limited, at
16    least as of this time.
17            I would like to introduce CFTC
18    Exhibit-185.
19            MR. GEKAS:  Is that on exhibit share,
20    Jody?
21            MR. PLATT:  Yes.
22            MR. GEKAS:  Okay, great.  Thank you.
23            MR. PLATT:  CFTC Exhibit-185 is an
24    email from me to Thomas Plaut dated October
25    17, 2023 with six attachments.  Two of those

```
 1      attachments are a deposition subpoena and a
 2      deposition notice directed to defendant
 3      Worldwidemarkets, Limited.
 4              CFTC Exhibit-186 is a document entitled
 5      subpoena to testify at a deposition in a
 6      civil action.  It is directed to
 7      Worldwidemarkets, Limited and it reflects a
 8      date and time of November 3, 2023, 10 a.m.
 9              CFTC Exhibit-187 is a document entitled
10      Amended Notice of Deposition.  And it
11      concerns the deposition pursuant to Rule
12      30(b)(6) of Worldwidemarkets, Limited
13      scheduled for today November 3, 2023 at 10
14      a.m. eastern time and includes a series of
15      topics for examination of defendant
16      Worldwidemarkets.
17          MR. GEKAS:  Move it over to the marked
18      exhibits folder, won't you?
19          MR. PLATT:  It's 9:10 a.m. central
20      time.  And I still do not see any witness on
21      behalf of Worldwidemarkets, Limited appearing
22      for today's proceeding.  I propose to go off
23      the record for 30 minutes and wait for any
24      witness to appear and we will resume the
25      proceedings.
```

```
 1            (Whereupon, there was a recess from
 2       10:13 to 10:43 a.m.)
 3            MR. PLATT:  We are back on the record
 4       at 9:43 a.m. central time in the deposition
 5       of Worldwidemarkets, Limited.  I'm going to
 6       mark an additional exhibit, CFTC-188, which
 7       is an email from Drew Pagano, P-A-G-A-N-O, to
 8       me this morning, November 3, 2023.  Mr.
 9       Pagano writes that invitations to access the
10       virtual platforms for today's deposition have
11       been sent to all parties, including Thomas
12       Plaut, Tplaut1@gmail.com.  Because no witness
13       has appeared for today's deposition on behalf
14       of Worldwidemarkets I would like to go off
15       record and conclude the deposition.
16            Mr. Gekas, do you have any remarks you
17       would like to make?
18            MR. GEKAS:  No, that's fine.  Thank
19       you.
20            ( Exhibit CFTC-185, Email dated
21       10-17-23 with attachments, marked for
22       identification, as of this date.)
23            ( Exhibit CFTC-186, Subpoena, marked
24       for identification, as of this date.)
25            ( Exhibit CFTC-187, Amended notice of
```

```
 1      deposition, marked for identification, as of
 2      this date.)
 3              ( Exhibit CFTC-188, Email from Drew
 4      Pagano, marked for identification, as of this
 5      date.)
 6              (Time noted: 10:44 a.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              C E R T I F I C A T E
 2
 3
 4           I further certify that the foregoing is
 5   a true and accurate transcript of the testimony as
 6   taken stenographically by and before me at this
 7   time, place and date hereinbefore set forth.
 8           I do further certify that I am neither
 9   a relative nor employee nor attorney nor counsel
10   of any of the parties to this action, and that I
11   am neither a relative nor employee of such
12   attorney or counsel, and that I am not financially
13   interested in the action.
14
15
16
17                         [signature]
18              Kathleen Swenor, RPR, CCR
19
20
21
22
23
24
25
```

**1**

**10** 7:8,13
**10-17-23** 4:4
  8:21
**10:00** 2:7
**10:13** 8:2
**10:43** 8:2
**10:44** 9:6
**17** 6:25
**185** 4:4 6:18,23
  8:20
**186** 4:6 7:4
  8:23
**187** 4:7 7:9
  8:25
**188** 4:8 8:6 9:3

**2**

**2023** 1:12 2:7
  6:25 7:8,13 8:8

**3**

**3** 1:12 2:7 7:8
  7:13 8:8
**30** 6:6 7:12,23
**33** 3:9

**6**

**6** 6:6 7:12
**60602** 3:9
**60604** 3:5

**7**

**77** 3:4

**8**

**8** 4:5,6

**9**

**9** 4:7,8
**935** 10:17
**9:08** 6:13
**9:10** 7:19
**9:43** 8:4

**a**

**a.m.** 7:8,14,19
  8:2,4 9:6
**above** 2:3
**access** 8:9
**accurate** 10:5
**action** 6:3 7:6
  10:10,13
**additional** 8:6
**amended** 4:7
  7:10 8:25
**answer** 5:5
**appear** 7:24
**appeared** 6:14
  8:13
**appearing** 7:21
**art** 6:11
**arthur** 1:6 3:21
**attachments**
  4:5 6:25 7:1
  8:21
**attorney** 6:2
  10:9,12
**attorneys** 3:5
  3:10

**b**

**b** 4:2 6:6 7:12
**back** 8:3
**behalf** 6:15
  7:21 8:13

**boulevard** 3:4

**c**

**c** 3:1 10:1,1
**ccr** 1:14 10:18
**central** 6:13
  7:19 8:4
**certified** 2:5
**certify** 10:4,8
**cftc** 4:4,6,7,8
  6:2,17,23 7:4,9
  8:6,20,23,25
  9:3
**chicago** 3:5,9
**chris** 3:8 6:10
**civil** 6:6 7:6
**commencing**
  2:7
**commission** 1:3
  3:3
**commodity** 1:3
  3:3
**concerns** 7:11
**conclude** 8:15
**conduct** 6:4
**constantine** 3:8
**counsel** 10:9,12
**court** 1:1 2:5
**cs6298674** 1:25

**d**

**date** 7:8 8:22
  8:24 9:2,5 10:7
**dated** 4:4 6:24
  8:20
**defendant** 1:7
  3:10 6:4 7:2,15
**dembro** 1:6
  3:21 6:11

**deposition** 4:7
  5:2 6:4,14 7:1
  7:2,5,10,11 8:4
  8:10,13,15 9:1
**description** 4:3
  5:6
**directed** 7:2,6
**direction** 5:5
**district** 1:1,1
**division** 3:3
**document** 7:4,9
**documents** 5:9
**drew** 4:8 8:7
  9:3

**e**

**e** 1:11,11 3:1,1
  4:2 10:1,1
**eastern** 7:14
**email** 4:4,8
  6:24 8:7,20 9:3
**employee** 10:9
  10:11
**enforcement**
  3:3
**entitled** 2:3 7:4
  7:9
**esq** 3:4,8,20,20
**examination**
  7:15
**exhibit** 6:18,19
  6:23 7:4,9 8:6
  8:20,23,25 9:3
**exhibits** 7:18

**f**

**f** 10:1
**federal** 6:5

**financially** 10:12
**fine** 8:18
**folder** 7:18
**foregoing** 10:4
**form** 4:8
**forth** 10:7
**further** 10:4,8
**futures** 1:3 3:3

**g**

**g** 8:7
**gekas** 3:8,8 6:10,10,19,22 7:17 8:16,18
**gmail.com.** 8:12
**go** 7:22 8:14
**going** 8:5
**great** 6:22

**h**

**h** 4:2
**held** 2:7
**hereinbefore** 10:7

**i**

**identification** 8:22,24 9:1,4
**identify** 6:8
**illinois** 3:5,9
**includes** 7:14
**including** 8:11
**index** 5:2
**interested** 10:13
**introduce** 6:17

**investigator** 3:19
**invitations** 8:9

**j**

**j** 3:4
**jackson** 3:4
**jersey** 1:1 2:6
**job** 1:25
**jody** 6:20
**john** 3:20
**jon** 3:4
**joseph** 3:19,20 6:1

**k**

**kathleen** 1:14 2:4 10:18
**konizeski** 3:20
**kramer** 3:4,20

**l**

**lasalle** 3:9
**law** 3:8
**limited** 6:15 7:3,7,12,21 8:5
**line** 5:6,10,14 5:18 6:11

**m**

**m** 1:11
**make** 8:17
**mark** 8:6
**marked** 5:17 7:17 8:21,23 9:1,4
**markets** 1:6
**matter** 2:3
**minutes** 7:23

**morning** 2:8 8:8
**move** 7:17

**n**

**n** 1:11 3:1 8:7
**name** 6:1
**neither** 10:8,11
**network** 1:6
**new** 1:1 2:6
**north** 3:9
**notary** 2:6
**noted** 9:6
**notes** 2:2
**notice** 4:7 7:2 7:10 8:25
**november** 1:12 2:7 7:8,13 8:8

**o**

**o** 8:7
**october** 6:24
**okay** 6:22

**p**

**p** 3:1,1 8:7
**pagano** 4:8 8:7 8:9 9:4
**page** 4:3 5:6,10 5:14,18
**parties** 6:7 8:11 10:10
**patrick** 3:19
**place** 10:7
**plaintiff** 1:4 3:5 6:3
**platforms** 8:10
**platt** 6:1,1,13 6:21,23 7:19

8:3
**plaut** 1:6 6:24 8:12
**present** 3:19 6:8
**procedure** 6:6
**proceeding** 7:22
**proceedings** 2:3 6:8 7:25
**production** 5:9
**professional** 2:5
**propose** 7:22
**public** 2:6
**pursuant** 6:5 7:11

**q**

**questions** 5:17

**r**

**r** 3:1 10:1
**recess** 8:1
**record** 6:9 7:23 8:3,15
**reflects** 7:7
**registered** 2:4
**relative** 10:9,11
**remarks** 8:16
**reported** 1:14
**reporter** 2:5,5
**represent** 6:11
**request** 5:9
**resume** 7:24
**rpr** 1:14 10:18
**rule** 6:6 7:11

**s**

s   1:4,7,11 3:1,5 3:10 4:2
scheduled   7:13
see   7:20
sent   8:11
series   7:14
set   10:7
share   6:19
signature   10:17
six   6:25
state   2:6
states   1:1
stenographic   2:2
stenographic...   10:6
stipulations   5:13
street   3:9
subpoena   4:6 7:1,5 8:23
support   5:2
swenor   1:14 2:4 10:18

**t**

t   1:11,11,11 4:2 10:1,1
tab   1:6
taken   2:4 10:6
testify   7:5
testimony   10:5
thank   6:22 8:18
thomas   1:6 6:24 8:11

time   6:13,16 7:8,14,20 8:4 9:6 10:7
today   7:13
today's   6:8,14 7:22 8:10,13
topics   7:15
tplaut1   8:12
trading   1:3 3:3
transcript   2:2 10:5
true   10:5
two   6:25

**u**

united   1:1

**v**

virtual   8:10
vs   1:5

**w**

wait   7:23
west   3:4
witness   5:5 6:14 7:20,24 8:12
worldwide   1:6
worldwidem...   6:5,15 7:3,7,12 7:16,21 8:5,14
writes   8:9

**x**

x   4:2

```
                Federal Rules of Civil Procedure
                             Rule 30
```

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.