Page 1

1                    UNITED STATES DISTRICT COURT

                     DISTRICT OF NEW JERSEY

2

3                    Case No. 2:21-cv-20715

4

5       COMMUNITY FUTURES                    )

        TRADING COMMISSION,

6                                            ) STATEMENT ON

                     Plaintiff,               THE RECORD

7                                            )

             v.                              )

8                                            )

        WORLDWIDEMARKETS, LTD., TAB          )

9       NETWORKS, INC.; THOMAS PLAUT;

        and ARTHUR DEMBRO,

10                                           )

                     Defendants.

11      _____     )

12

13                    TRANSCRIPT of the stenographic notes of

14      the proceedings in the above-entitled matter, as

15      taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,

16      held from multiple locations via Zoom Teleconference,

17      Thursday, November 16, 2023, commencing at 10:16 a.m.

18

19

20

21

22

23

24      Job No. CS6306413

25

Page 2

```
 1      A P P E A R A N C E S:
 2
        COMMUNITY FUTURES TRADING COMMISSION
 3      DIVISION OF ENFORCEMENT
        DIVISION OF ENFORCEMENT
 4      BY:   JON J. KRAMER, ESQ.
                 JOSEPH KONIZESKI, ESQ
 5               JOSEPH PLATT, ESQ.
        77 West Jackson Boulevard
 6      Suite 800
        312-596-0563
 7      jkramer@cftc.gov
        jplatt@cftc.gov
 8      jkramer@cftc.gov
        Attorneys for the Plaintiff
 9
10
11      McCARTER & ENGLISH, LLP
        BY:   GUILLERMO ARTILES, ESQ.
12            MARK MAKHAIL, ESQ.
        Four Gateway Center
13      100 Mulberry Street
        Newark, New Jersey 07102-4056
14      973-622-4444
        mmakhail@mccarter.com
15      gartiles@mccarter.com
        Attorneys for the Defendant Arthur Dembro
16
        GEKAS LAW LTD.
17      BY:   CONSTANTINE JOHN GEKAS, ESQ.
        33 North LaSalle Street
18      Chicago, Illinois  60602
        (312) 726-4501
19      cjg@gekaslaw.com
        Attorneys for Defendant Thomas Plaut
20
21
22
23
24
25
```

                                                    Page 3

1                       I N D E X

2

3

4       STATEMENT ON THE RECORD                         4

5

6

7

8                     E X H I B I T S

9

10     No.            Description                    Page

11

12     CFTC-185        Email dated October 17,        4

13                     2023, with Attached

14                     Subpoena

15     CFTC-189        Notice of Deposition           5

16     CFTC-197        Email dated August 31, 2023    5

17     CFTC-198        Email dated September 28,      7

18                     2023

19     CFTC-199        Email chain ending in date     8

20                     September 29, 2023

21     D-Plaut-1       Email dated October 1, 2023   10

22

23

24

25

1          MR. KRAMER:  On the record at 10:16 a.m.

2     Eastern.

3          So we previously were on the record at

4     9:30 Eastern, the time that was subpoenaed for the

5     deposition of Thomas Plaut.  Mr. Plaut was issued a

6     subpoena via email on Tuesday, October 17, 2023, at

7     7:45 p.m., an email sent by my colleague Joseph Platt

8     to the email address that the Court ruled we could

9     serve him at.  That email is an exhibit.  It's

10     Exhibit 185 which I would like to enter into the

11     record.

12          (Exhibit CFTC-185, Email dated October

13     17, 2023, with Attached Subpoena, was received and

14     marked for identification.)

15          MR. KRAMER:  The subpoena attached to

16     that email required that Mr. Plaut appear via video

17     today at 9:30 Eastern for a deposition that was to

18     continue until 5:30 p.m. Eastern.  CFTC counsel, as

19     well as defense counsel, appear via video at

20     9:30 a.m. eastern this morning.  Mr. Plaut did not

21     appear.  We agreed to go off the record and appear

22     again at 10:15 Eastern.  We have given Mr. Plaut

23     45 minutes to appear; Mr. Plaut has not appeared.

24          The deposition which required him to

25     appear is Exhibit 189, which I would like to enter

Page 5

1    into the record.

2                    (Exhibit CFTC-189, Notice of Deposition,

3    was received and marked for identification.)

4                    MR. GEKAS:  Can you move the exhibits

5    over to marked exhibits in Exhibit Share?

6                    MR. KRAMER:  I believe they should be

7    there.  Do you want to check again?  Let me refresh.

8                    (Discussion off the record.)

9                    MR. KRAMER:  So Exhibit 189 is the

10   Notice of Deposition requiring Mr. Plaut to appear

11   today for a deposition at 9:30 a.m. Eastern is

12   entered into evidence.

13                   (Exhibit CFTC-197, Email dated August

14   31, 2023, was received and marked for identification.

15                   MR. KRAMER:  Next, I would like to enter

16   CFTC Exhibit 197.  This is an email exchange between

17   Mr. Gekas and Mr. Plaut.  In this email exchange on

18   Thursday, August 24, 2023, Mr. Gekas sent an email to

19   Mr. Plaut, and counsel, which said "To establish what

20   we believe to be Mr. Plout's seriously debilitating

21   medical conditions, we intend to issue subpoenas to

22   his last-known treating medical providers as

23   specified in the sealed filing docket number 72 by

24   his former lawyers.  May we have your consent to the

25   attached HIPAA qualified protective order?  Thanks."

Statement                                                                                  November 16, 2023

Page 6

 1                   In response to that email, which you

 2       sent to Mr. Plaut and counsel, Mr. Plaut responded

 3       only to Mr. Gekas in an email on August 29, 2023, at

 4       3:56, saying, "Mr. Gekas, I'm sorry for not getting

 5       back to you sooner.  I don't have a problem with you

 6       reviewing my medical records.  I would like to talk

 7       to my lawyer first.  Do you mind if I get back to you

 8       tomorrow?  Sincerely, Thomas S. Plaut," and that

 9       email was not cc'd to CFTC counsel.  It was only sent

10       to Mr. Gekas.

11                   When we were off the record, I asked

12       Mr. Gekas whether he or his client, Arthur Dembro,

13       have communicated with Thomas Plaut since the date of

14       that email, August 29, 2023.  And Mr. Gekas has

15       informed me that neither he nor his client have

16       communicated with Tom Plaut since the date of that

17       email.

18                   Is that correct, Mr. Gekas?

19                   MR. GEKAS:  That's correct.  I also ask

20       you the same question, but I'll deal with it when

21       it's my turn.

22                   Go ahead.

23                   MR. KRAMER:  And even though that email

24       said, "Do you mind if I get back to you tomorrow,"

25       Mr. Gekas has informed us that neither he nor his

Statement                                          November 16, 2023

                                                        Page 7

 1        client has ever heard anything from Tom Plaut.

 2                        Is that correct?

 3                        MR. GEKAS:  That's correct.

 4                        MR. KRAMER:  Next I would like to enter

 5        Exhibit 198 on the record.

 6                        MR. GEKAS:  Under the Rule of

 7        Completeness, let me ask you to read on Exhibit 197

 8        the top email forwarding the communications to you

 9        guys.

10                        MR. KRAMER:  That's in the exhibit,

11        Chris, but after the -- that's in the exhibit that's

12        there.

13                        MR. GEKAS:  Okay.

14                        (Exhibit CFTC-198, Email dated September

15        28, 2023, was received and marked for

16        identification.)

17                        MR. KRAMER:  Exhibit 198 is the next

18        exhibit we'd like to enter.

19                        So today's deposition was previously

20        noticed for October 3rd, 10:15, and it was noticed on

21        September 18, 2023, via email, which is shown in

22        Exhibit 198.  After that deposition was noticed for

23        October 3rd on September 18th, division staff heard

24        nothing from Mr. Plaut, and on September 28, 2023, at

25        3:00 p.m., I sent an email to Mr. Plaut and counsel

Statement                                                November 16, 2023

Page 8

 1    which read, "In light of the judge's directions

 2    regarding service, we are striking the dates for next

 3    week's depositions, October 2, 3rd and 4th; although

 4    we may be unavailable for the time in the event of a

 5    government shutdown, we will re-notice the dates

 6    after the service matter is resolved.  Regards, John

 7    Kramer."

 8              Although CFTC attorneys heard nothing

 9    from Mr. Plaut between September 18th and the date of

10    that email, September 28th, Mr. Plaut did send an

11    email the following day on September 29th, and I'd

12    like to at this time enter Exhibit 199 into the

13    record.

14              (Exhibit CFTC-199, Email chain ending in

15    date September 29, 2023, was received and marked for

16    identification.)

17              MR. KRAMER:  And Exhibit 199 is an email

18    that was sent on Friday, September 29, 2023, the day

19    after we struck the date of Mr. Plout's deposition.

20              In that email Mr. Plaut states, "Dear

21    Mr. Platt, I have received the documents and I have

22    computer and internet connection for Monday morning

23    of next week at 10:15 a.m. Thank you.  Sincerely,

24    Thomas Plaut."

25              This was sent from the Thomas Plaut

 1      email account which the Court has ruled he can accept

 2      service at.

 3                  This email from Mr. Plaut on Friday,

 4      September 29, 2023, was not just sent to CFTC

 5      counsel; it was sent to Guillermo Artiles, Chris

 6      Gekas, Joseph Konizeski and Joseph Patrick, all

 7      counsel on the case.  We're cc'd on that email,

 8      unlike the email in Exhibit 197 where Mr. Plaut

 9      responded to Mr. Gekas alone.

10                  So based on these exhibits, we believe

11      that Mr. Plaut is checking his email account.  He has

12      sent two coherent emails addressing the earlier

13      notice date of the deposition, as well as a very

14      specific legal question posed by Mr. Gekas.

15                  We believe that Mr. Plaut knows about

16      this testimony today and has purposefully chosen not

17      to appear.

18                  MR. GEKAS:  Why is it that there's

19      redactions on Exhibit 198?

20                  MR. KRAMER:  These were filed as part of

21      an attachment to a filing, and I believe that they're

22      emails.  His email is redacted so as not to show his

23      email in a court filing.

24                  MR. GEKAS:  Fair enough.

25                  Is that it, John?

Statement                                          November 16, 2023

Page 10

```
 1                    MR. KRAMER:  Let's go off the record
 2       just for a moment while I consult with my colleagues
 3       just for a moment, please.
 4                    (Off the record.)
 5                    MR. KRAMER:  Back on the record at 10:25
 6       Eastern.
 7                    MR. GEKAS:  I think your exchange of
 8       emails is incorrect.  I'm looking at my -- I'm
 9       looking at my email file, and there's one on
10       October 1st from Mr. Plaut to Jody Platt.  I guess
11       what I should do, I'm not sure what you're doing.
12                    Please be patient with me.  Let's go off
13       the record while I do that.
14                    (Off the record.)
15                    (Exhibit Defendants Plaut-1, Email dated
16       October 1, 2023, was received and marked for
17       identification.)
18                    MR. GEKAS:  I hope you'll see in the
19       marked exhibits the exhibit of a file of an email
20       exchange between Mr. Platt, P-L-A-T-T, Joseph Platt
21       of your office, and Thomas Plaut on the 29th of
22       September and October 1st.
23                    So there was communication between
24       Mr. Plaut and the CFTC, copied to me and I think to
25       my local counsel.  And it says what it says.  And
```

Page 11

1      there's an explanation.  I'm not sure what the

2      relevance of it is to what we're going through now.

3      But I wanted the record to be complete.

4                  And one of these exhibits, I was a

5      little bit surprised -- let me go back and see which

6      one it was; it's 197.  I invoke the Rule of

7      Completeness to 197, because Mr. Kramer didn't read

8      the top email which shows that on the 31st of August,

9      I forwarded to the CFTC my exchange with Mr. Plaut.

10     BTW, by the way, and FYI is for your information.

11                 So I think it is correct that Mr. Plaut

12     has been communicating or did communicate with the

13     CFTC a couple of times with copies to me and my local

14     counsel.

15                 So I hope the record -- the written

16     record is correct.  Let me ask you what you asked me.

17                 Have you had any other communications

18     with Mr. Plaut, when I say "you," I mean the CFTC or

19     anyone acting on its behalf, at anyone at the CFTC or

20     anyone acting on the CFTC's behalf?

21                 MR. KRAMER:  I have received no other

22     communications from Mr. Plaut.

23                 MR. GEKAS:  And your co-counsel?

24                 MR. KRAMER:  I can speak for myself, and

25     I'm not aware of anyone else receiving

Statement                                    November 16, 2023

Page 12

1    communications, and when you invoke the Rule of

2    Completeness on Exhibit 197, that exhibit included

3    the email that you referenced now.  So that was a

4    complete exhibit.  You're not saying that exhibit was

5    incomplete, are you?

6              MR. GEKAS:  No, I'm saying you didn't

7    read that part for some reason.

8              MR. KRAMER:  Well, I mean, I am allowed

9    to read the parts of the exhibits that I want to

10   read, Chris, and I would note that you waited two

11   days -- you waited two days after you received this

12   email from Tom Plaut on August 29th to forward it to

13   us on August 31st.

14             MR. GEKAS:  I have the right to read the

15   rest of it into the record under the Rule of

16   Completeness.

17             MR. KRAMER:  Well, the whole exhibit is

18   in the record.  So I want to make sure that we both

19   agree that that exhibit is complete in and of itself.

20             Did you mark that exhibit?  The exhibit

21   you just entered, what exhibit number is that?

22             MR. GEKAS:  It's not numbered; it's just

23   identified by the file name.

24             MR. KRAMER:  Chris, if you're entering

25   into evidence, I think it needs a number.  I don't

Statement                                          November 16, 2023

                                                        Page 13

1       know if there's a rule on that.  Exhibit what?

2                   MR. GEKAS:  Exhibit 20231001, Plaut to

3       Platt.  That's the name of the exhibit.

4                   MR. KRAMER:  Did you want to assign it a

5       number?

6                   Ellen, are you able to include an

7       exhibit without a number?  You're at risk of not

8       entering this into evidence, Chris.

9                   I'm preventing you from committing

10      malpractice by telling you the number.

11                  MR. GEKAS:  I appreciate it.  You want

12      me to mark it?

13                  MR. KRAMER:  If you want it part of the

14      record, you know.  I'm fine with it not being part of

15      the record.  But if you want it to be part of the

16      record, you've got to mark it.

17                       (Off-the-record discussion.)

18                  MR. KRAMER:  We're not off the record.

19                  MR. GEKAS:  Okay, okay, just cool it.

20      Oh, boy.

21                  Can I mark it from Exhibit Share.  Let

22      me see if I can do that.

23                  I guess I'll mark it as my next exhibit

24      number.

25                       (Exhibit Defendants' Plaut No. 1, Email

Statement                                                    November 16, 2023

Page 14

1    dated October 1, 2023, was received and marked for

2    identification.)

3              (Court Reporter clarification.)

4              MR. KRAMER:  Mr. Gekas has asked that

5    our -- on the record asked that our exhibits --

6    repeatedly -- during on the record -- asked that our

7    exhibits be in Exhibit Share, so I assume he knows

8    how to do that.

9              MR. GEKAS:  I'm almost there, guys.

10   Please be patient with me.  Just got to rename it.

11             Okay.  In the marked folders is a marked

12   exhibit with a yellow sticker called Defendants'

13   Plaut 1.  Thank you for your guidance, Mr. Kramer, I

14   appreciate your instruction on how to handle it.  I

15   hope that satisfies both your concerns and the court

16   reporter's.

17             MR. KRAMER:  As long as the exhibit is

18   properly marked, the CFTC does want a complete

19   record, Mr. Gekas, and is not concealing anything or

20   hiding anything.

21             With that said, we're ready to go off

22   the record at 10:40 a.m. Eastern time.

23             MR. GEKAS:  Fair enough.

24             MR. KRAMER:  Thank you, Ellen.  We

25   apologize that this was not a full day of testimony

Statement                                November 16, 2023

Page 15

1        as we had hoped.

2                    (The proceedings concluded at 10:41 a.m.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                C E R T I F I C A T E.

2

3          I, ELLEN J. GODINO, LICENSE NO. Xl0l6l8, a

4    Certified Shorthand Reporter of the State of New Jersey,

5    do hereby certify that that the foregoing is a true and

6    accurate transcript of the testimony as taken

7    stenographically by and before me at the time, place and

8    on the date hereinbefore set forth, to the best of my

9    ability.

10         I DO FURTHER CERTIFY that I am neither a

11   relative nor employee nor attorney nor counsel of any of

12   the parties to this action, and that I am neither a

13   relative nor employee of such attorney or counsel, and

14   that I am not financially interested in the action.

15

16

               ELLEN J. GODINO

17

               CERTIFIED COURT REPORTER

18             State of New Jersey

               DATED:  11/16/23

19

20

21

22

23

24

25

Statement

November 16, 2023

**[& - believe]**

Page 1

| **&** | **2** | **6** | |
|---|---|---|---|
| **&**   2:11 | **2**   8:3 | **60602**   2:18 | **allowed**   12:8 |
| **0** | **2023**   1:17 3:13 | **7** | **apologize** 14:25 |
| **07102-4056** 2:13 | 3:16,18,20,21 4:6,13 5:14,18 | **7**   3:17 | **appear**   4:16,19 4:21,21,23,25 |
| **1** | 6:3,14 7:15,21 7:24 8:15,18 | **72**   5:23 | 5:10 9:17 |
| **1**   3:21,21 10:15 | 9:4 10:16 14:1 | **726-4501**   2:18 | **appeared**   4:23 |
| 10:16 13:25 | **20231001**   13:2 | **77**   2:5 | **appreciate** 13:11 14:14 |
| 14:1,13 | **20715**   1:3 | **7:45**   4:7 | **arthur**   1:9 2:15 |
| **10**   3:21 | **24**   5:18 | **8** | 6:12 |
| **100**   2:13 | **28**   3:17 7:15,24 | **8**   3:19 | **artiles**   2:11 9:5 |
| **10:15**   4:22 7:20 | **28th**   8:10 | **800**   2:6 | **asked**   6:11 |
| 8:23 | **29**   3:20 6:3,14 | **9** | 11:16 14:4,5,6 |
| **10:16**   1:17 4:1 | 8:15,18 9:4 | **9251**   16:16 | **assign**   13:4 |
| **10:40**   14:22 | **29th**   8:11 10:21 | **973-622-4444** | **assume**   14:7 |
| **10:41**   15:2 | 12:12 | 2:14 | **attached**   3:13 |
| **11/16/23**   16:18 | **2:21**   1:3 | **9:30**   4:4,17,20 | 4:13,15 5:25 |
| **16**   1:17 | **3** | 5:11 | **attachment** 9:21 |
| **17**   3:12 4:6,13 | **31**   3:16 5:14 | **a** | **attorney**   16:11 |
| **18**   7:21 | **312**   2:18 | **a.m.**   1:17 4:1 | 16:13 |
| **185**   3:12 4:10 | **312-596-0563** | 4:20 5:11 8:23 | **attorneys**   2:8 |
| 4:12 | 2:6 | 14:22 15:2 | 2:15,19 8:8 |
| **189**   3:15 4:25 | **31st**   11:8 12:13 | **ability**   16:9 | **august**   3:16 |
| 5:2,9 | **33**   2:17 | **able**   13:6 | 5:13,18 6:3,14 |
| **18th**   7:23 8:9 | **3:00**   7:25 | **above**   1:14 | 11:8 12:12,13 |
| **197**   3:16 5:13 | **3:56**   6:4 | **accept**   9:1 | **aware**   11:25 |
| 5:16 7:7 9:8 | **3rd**   7:20,23 8:3 | **account**   9:1,11 | **b** |
| 11:6,7 12:2 | **4** | **accurate**   16:6 | **b**   3:8 |
| **198**   3:17 7:5,14 | **4**   3:4,12 | **acting**   11:19,20 | **back**   6:5,7,24 |
| 7:17,22 9:19 | **45**   4:23 | **action**   16:12,14 | 10:5 11:5 |
| **199**   3:19 8:12 | **4th**   8:3 | **address**   4:8 | **based**   9:10 |
| 8:14,17 | **5** | **addressing** 9:12 | **behalf**   11:19,20 |
| **1st**   10:10,22 | **5**   3:15,16 | **agree**   12:19 | **believe**   5:6,20 |
| | **5:30**   4:18 | **agreed**   4:21 | 9:10,15,21 |
| | | **ahead**   6:22 | |

Statement                                                          November 16, 2023

| | | | |
|---|---|---|---|
| **best** 16:8 | **coherent** 9:12 | **consult** 10:2 | **defendant** 2:15 |
| **bit** 11:5 | **colleague** 4:7 | **continue** 4:18 | 2:19 |
| **boulevard** 2:5 | **colleagues** 10:2 | **cool** 13:19 | **defendants** |
| **boy** 13:20 | **commencing** | **copied** 10:24 | 1:10 10:15 |
| **btw** 11:10 | 1:17 | **copies** 11:13 | 13:25 14:12 |
| **c** | **commission** 1:5 | **correct** 6:18,19 | **defense** 4:19 |
| **c** 2:1 16:1,1 | 2:2 | 7:2,3 11:11,16 | **dembro** 1:9 |
| **called** 14:12 | **committing** | **counsel** 4:18,19 | 2:15 6:12 |
| **case** 1:3 9:7 | 13:9 | 5:19 6:2,9 7:25 | **deposition** 3:15 |
| **cc'd** 6:9 9:7 | **communicate** | 9:5,7 10:25 | 4:5,17,24 5:2 |
| **ccr** 1:15 | 11:12 | 11:14,23 16:11 | 5:10,11 7:19 |
| **center** 2:12 | **communicated** | 16:13 | 7:22 8:19 9:13 |
| **certified** 16:4 | 6:13,16 | **couple** 11:13 | **depositions** 8:3 |
| 16:17 | **communicati...** | **court** 1:1 4:8 | **description** |
| **certify** 16:5,10 | 11:12 | 9:1,23 14:3,15 | 3:10 |
| **cftc** 3:12,15,16 | **communicati...** | 16:17 | **directions** 8:1 |
| 3:17,19 4:12 | 10:23 | **crcr** 1:15 | **discussion** 5:8 |
| 4:18 5:2,13,16 | **communicati...** | **cs6306413** 1:24 | 13:17 |
| 6:9 7:14 8:8,14 | 7:8 11:17,22 | **cv** 1:3 | **district** 1:1,1 |
| 9:4 10:24 11:9 | 12:1 | **d** | **division** 2:3,3 |
| 11:13,18,19 | **community** 1:5 | **d** 3:1,21 | 7:23 |
| 14:18 | 2:2 | **date** 3:19 6:13 | **docket** 5:23 |
| **cftc's** 11:20 | **complete** 11:3 | 6:16 8:9,15,19 | **documents** |
| **cftc.gov** 2:7,7,8 | 12:4,19 14:18 | 9:13 16:8 | 8:21 |
| **chain** 3:19 8:14 | **completeness** | **dated** 3:12,16 | **doing** 10:11 |
| **check** 5:7 | 7:7 11:7 12:2 | 3:17,21 4:12 | **e** |
| **checking** 9:11 | 12:16 | 5:13 7:14 | **e** 2:1,1 3:1,8 |
| **chicago** 2:18 | **computer** 8:22 | 10:15 14:1 | 16:1,1 |
| **chosen** 9:16 | **concealing** | 16:18 | **earlier** 9:12 |
| **chris** 7:11 9:5 | 14:19 | **dates** 8:2,5 | **eastern** 4:2,4 |
| 12:10,24 13:8 | **concerns** 14:15 | **day** 8:11,18 | 4:17,18,20,22 |
| **cjg** 2:19 | **concluded** 15:2 | 14:25 | 5:11 10:6 |
| **clarification** | **conditions** 5:21 | **days** 12:11,11 | 14:22 |
| 14:3 | **connection** | **deal** 6:20 | **ellen** 1:15 13:6 |
| **client** 6:12,15 | 8:22 | **dear** 8:20 | 14:24 16:3,16 |
| 7:1 | **consent** 5:24 | **debilitating** | **email** 3:12,16 |
| | **constantine** | 5:20 | 3:17,19,21 4:6 |
| | 2:17 | | |

Statement

November 16, 2023

[email - internet]

Page 3

| | | | |
|---|---|---|---|
| 4:7,8,9,12,16 | 7:18,22 8:12 | **friday** 8:18 9:3 | **h** |
| 5:13,16,17,18 | 8:14,17 9:8,19 | **full** 14:25 | |
| 6:1,3,9,14,17 | 10:15,19 12:2 | **further** 16:10 | **h** 3:8 |
| 6:23 7:8,14,21 | 12:2,4,4,17,19 | **futures** 1:5 2:2 | **handle** 14:14 |
| 7:25 8:10,11 | 12:20,20,21 | **fyi** 11:10 | **heard** 7:1,23 |
| 8:14,17,20 9:1 | 13:1,2,3,7,21 | | 8:8 |
| 9:3,7,8,11,22 | 13:23,25 14:7 | **g** | **held** 1:16 |
| 9:23 10:9,15 | 14:12,17 | **gartiles** 2:15 | **hereinbefore** |
| 10:19 11:8 | **exhibits** 5:4,5 | **gateway** 2:12 | 16:8 |
| 12:3,12 13:25 | 9:10 10:19 | **gekas** 2:16,17 | **hiding** 14:20 |
| **emails** 9:12,22 | 11:4 12:9 14:5 | 5:4,17,18 6:3,4 | **hipaa** 5:25 |
| 10:8 | 14:7 | 6:10,12,14,18 | **hope** 10:18 |
| **employee** | **explanation** | 6:19,25 7:3,6 | 11:15 14:15 |
| 16:11,13 | 11:1 | 7:13 9:6,9,14 | **hoped** 15:1 |
| **enforcement** | | 9:18,24 10:7 | |
| 2:3,3 | **f** | 10:18 11:23 | **i** |
| **english** 2:11 | | 12:6,14,22 | **identification** |
| **enter** 4:10,25 | **f** 16:1 | 13:2,11,19 | 4:14 5:3,14 |
| 5:15 7:4,18 | **fair** 9:24 14:23 | 14:4,9,19,23 | 7:16 8:16 |
| 8:12 | **file** 10:9,19 | **gekaslaw.com** | 10:17 14:2 |
| **entered** 5:12 | 12:23 | 2:19 | **identified** |
| 12:21 | **filed** 9:20 | **getting** 6:4 | 12:23 |
| **entering** 12:24 | **filing** 5:23 9:21 | **given** 4:22 | **illinois** 2:18 |
| 13:8 | 9:23 | **go** 4:21 6:22 | **include** 13:6 |
| **entitled** 1:14 | **financially** | 10:1,12 11:5 | **included** 12:2 |
| **esq** 2:4,4,5,11 | 16:14 | 14:21 | **incomplete** |
| 2:12,17 | **fine** 13:14 | **godino** 1:15 | 12:5 |
| **establish** 5:19 | **first** 6:7 | 16:3,16 | **incorrect** 10:8 |
| **event** 8:4 | **folders** 14:11 | **going** 11:2 | **information** |
| **evidence** 5:12 | **following** 8:11 | **government** | 11:10 |
| 12:25 13:8 | **foregoing** 16:5 | 8:5 | **informed** 6:15 |
| **exchange** 5:16 | **former** 5:24 | **guess** 10:10 | 6:25 |
| 5:17 10:7,20 | **forth** 16:8 | 13:23 | **instruction** |
| 11:9 | **forward** 12:12 | **guidance** 14:13 | 14:14 |
| **exhibit** 4:9,10 | **forwarded** | **guillermo** 2:11 | **intend** 5:21 |
| 4:12,25 5:2,5,9 | 11:9 | 9:5 | **interested** |
| 5:13,16 7:5,7 | **forwarding** 7:8 | **guys** 7:9 14:9 | 16:14 |
| 7:10,11,14,17 | **four** 2:12 | | **internet** 8:22 |

**invoke** 11:6
12:1
**issue** 5:21
**issued** 4:5

**j**

**j** 1:15 2:4 16:3
16:16
**jackson** 2:5
**jersey** 1:1 2:13
16:4,18
**jkramer** 2:7,8
**job** 1:24
**jody** 10:10
**john** 2:17 8:6
9:25
**jon** 2:4
**joseph** 2:4,5
4:7 9:6,6 10:20
**jplatt** 2:7
**judge's** 8:1

**k**

**know** 13:1,14
**known** 5:22
**knows** 9:15
14:7
**konizeski** 2:4
9:6
**kramer** 2:4 4:1
4:15 5:6,9,15
6:23 7:4,10,17
8:7,17 9:20
10:1,5 11:7,21
11:24 12:8,17
12:24 13:4,13
13:18 14:4,13
14:17,24

**l**

**l** 10:20
**lasalle** 2:17
**law** 2:16
**lawyer** 6:7
**lawyers** 5:24
**legal** 9:14
**license** 16:3
**light** 8:1
**little** 11:5
**llp** 2:11
**local** 10:25
11:13
**locations** 1:16
**long** 14:17
**looking** 10:8,9

**m**

**make** 12:18
**makhail** 2:12
**malpractice**
13:10
**mark** 2:12
12:20 13:12,16
13:21,23
**marked** 4:14
5:3,5,14 7:15
8:15 10:16,19
14:1,11,11,18
**matter** 1:14 8:6
**mccarter** 2:11
**mccarter.com**
2:14,15
**mean** 11:18
12:8
**medical** 5:21
5:22 6:6

**mind** 6:7,24
**minutes** 4:23
**mmakhail** 2:14
**moment** 10:2,3
**monday** 8:22
**morning** 4:20
8:22
**move** 5:4
**mulberry** 2:13
**multiple** 1:16

**n**

**n** 2:1 3:1
**name** 12:23
13:3
**needs** 12:25
**neither** 6:15,25
16:10,12
**networks** 1:9
**new** 1:1 2:13
16:4,18
**newark** 2:13
**north** 2:17
**note** 12:10
**notes** 1:13
**notice** 3:15 5:2
5:10 8:5 9:13
**noticed** 7:20,20
7:22
**november** 1:17
**number** 5:23
12:21,25 13:5
13:7,10,24
**numbered**
12:22

**o**

**october** 3:12,21
4:6,12 7:20,23
8:3 10:10,16
10:22 14:1
**office** 10:21
**oh** 13:20
**okay** 7:13
13:19,19 14:11
**order** 5:25

**p**

**p** 2:1,1 10:20
**p.m.** 4:7,18
7:25
**page** 3:10
**part** 9:20 12:7
13:13,14,15
**parties** 16:12
**parts** 12:9
**patient** 10:12
14:10
**patrick** 9:6
**place** 16:7
**plaintiff** 1:6
2:8
**platt** 2:5 4:7
8:21 10:10,20
10:20 13:3
**plaut** 1:9 2:19
3:21 4:5,5,16
4:20,22,23
5:10,17,19 6:2
6:2,8,13,16 7:1
7:24,25 8:9,10
8:20,24,25 9:3
9:8,11,15
10:10,15,21,24

**[plaut - taken]**                                                    **Page 5**

11:9,11,18,22
12:12 13:2,25
14:13
**please**  10:3,12
14:10
**plout's**  5:20
8:19
**posed**  9:14
**preventing**
13:9
**previously**  4:3
7:19
**problem**  6:5
**proceedings**
1:14 15:2
**properly**  14:18
**protective**  5:25
**providers**  5:22
**purposefully**
9:16

**q**

**qualified**  5:25
**question**  6:20
9:14

**r**

**r**  2:1 16:1
**read**  7:7 8:1
11:7 12:7,9,10
12:14
**ready**  14:21
**reason**  12:7
**received**  4:13
5:3,14 7:15
8:15,21 10:16
11:21 12:11
14:1

**receiving**  11:25
**record**  1:6 3:4
4:1,3,11,21 5:1
5:8 6:11 7:5
8:13 10:1,4,5
10:13,14 11:3
11:15,16 12:15
12:18 13:14,15
13:16,17,18
14:5,6,19,22
**records**  6:6
**redacted**  9:22
**redactions**  9:19
**referenced**
12:3
**refresh**  5:7
**regarding**  8:2
**regards**  8:6
**relative**  16:11
16:13
**relevance**  11:2
**rename**  14:10
**repeatedly**
14:6
**reporter**  14:3
16:4,17
**reporter's**
14:16
**required**  4:16
4:24
**requiring**  5:10
**resolved**  8:6
**responded**  6:2
9:9
**response**  6:1
**rest**  12:15
**reviewing**  6:6

**right**  12:14
**risk**  13:7
**rpr**  1:15
**rule**  7:6 11:6
12:1,15 13:1
**ruled**  4:8 9:1

**s**

**s**  2:1 3:8 6:8
**satisfies**  14:15
**saying**  6:4 12:4
12:6
**says**  10:25,25
**sealed**  5:23
**see**  10:18 11:5
13:22
**send**  8:10
**sent**  4:7 5:18
6:2,9 7:25 8:18
8:25 9:4,5,12
**september**  3:17
3:20 7:14,21
7:23,24 8:9,10
8:11,15,18 9:4
10:22
**seriously**  5:20
**serve**  4:9
**service**  8:2,6
9:2
**set**  16:8
**share**  5:5 13:21
14:7
**shorthand**  16:4
**show**  9:22
**shown**  7:21
**shows**  11:8
**shutdown**  8:5

**signature**
16:16
**sincerely**  6:8
8:23
**sooner**  6:5
**sorry**  6:4
**speak**  11:24
**specific**  9:14
**specified**  5:23
**staff**  7:23
**state**  16:4,18
**statement**  1:6
3:4
**states**  1:1 8:20
**stenographic**
1:13
**stenographic...**
16:7
**sticker**  14:12
**street**  2:13,17
**striking**  8:2
**struck**  8:19
**subpoena**  3:14
4:6,13,15
**subpoenaed**
4:4
**subpoenas**  5:21
**suite**  2:6
**sure**  10:11 11:1
12:18
**surprised**  11:5

**t**

**t**  3:8 10:20,20
16:1,1
**tab**  1:8
**taken**  1:15 16:6

**[talk - zoom]**

| | |
|---|---|
| **talk**  6:6 | **u** |
| **teleconference**  1:16 | **unavailable**  8:4 |
| **telling**  13:10 | **under**  7:6  12:15 |
| **testimony**  9:16  14:25 16:6 | **united**  1:1 |
| **thank**  8:23  14:13,24 | **v** |
| **thanks**  5:25 | **v**  1:7 |
| **think**  10:7,24  11:11 12:25 | **video**  4:16,19 |
| **thomas**  1:9  2:19 4:5 6:8,13  8:24,25 10:21 | **w** |
| **thursday**  1:17  5:18 | **waited**  12:10  12:11 |
| **time**  4:4 8:4,12  14:22 16:7 | **want**  5:7 12:9  12:18 13:4,11  13:13,15 14:18 |
| **times**  11:13 | **wanted**  11:3 |
| **today**  4:17 5:11  9:16 | **way**  11:10 |
| **today's**  7:19 | **week**  8:23 |
| **tom**  6:16 7:1  12:12 | **week's**  8:3 |
| **tomorrow**  6:8  6:24 | **west**  2:5 |
| **top**  7:8 11:8 | **worldwidem...**  1:8 |
| **trading**  1:5 2:2 | **written**  11:15 |
| **transcript**  1:13  16:6 | **x** |
| **treating**  5:22 | **x**  3:1,8 |
| **true**  16:5 | **xl0l6l8**  16:3 |
| **tuesday**  4:6 | **y** |
| **turn**  6:21 | **yellow**  14:12 |
| **two**  9:12 12:10  12:11 | **z** |
| | **zoom**  1:16 |