

**Mark M. Makhail**
Associate

T. 973-639-2092
F. 973-206-3794

mmakhail@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

November 22, 2023

<u>**VIA ECF**</u>

Hon. Leda Dunn Wettre, U.S.M.J.

**Re:  CFTC v. WorldWideMarkets; Civil Action No.: 21-20715**

Dear Judge Wettre:

This office, along with Gekas Law, Ltd., represents Defendant Arthur Dembro in the above referenced matter.  The parties are currently scheduled to appear before Your Honor on November 30, 2023 for a status conference.  I am writing to request a brief one-day adjournment of the conference to December 1, 2023, as I will be traveling home from a preplanned family vacation on that date.  Plaintiff CFTC has consented to this request.

I thank the Court for its consideration and remain available to answer any questions it may have.

Respectfully,


/s/ *Mark M. Makhail*
Mark M. Makhail


CC: All counsel of record (via ECF)

ME1 46809267v.1