**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiff, | No. 21cv20715 (EP) (LDW) |
| v. | **ORDER** |
| WORLDWIDE MARKETS, LTD., *et al.*, | |
| Defendants. | |

Plaintiff Commodity Futures Trading Commission (the "CFTC"), having moved (1) for summary judgment pursuant to Federal Rule of Civil Procedure 56 on Counts I and II of D.E. 54 ("Amended Complaint") against Defendants WorldWideMarkets, Ltd. ("WWM"), TAB Networks, Inc. ("TAB"), Thomas Plaut, and Arthur Dembro, D.E. 169 (the "CFTC's Motion for Summary Judgment"), and (2) default judgment pursuant to Federal Rule of Civil Procedure 55(b) on Counts III, IV, and V against WWM, TAB, and Plaut, D.E. 176 ("Default Judgment Motion"), and Dembro having cross-moved for summary judgment on Counts I and II, D.E. 170 ("Dembro's Cross-Motion for Summary Judgment"), and the Court having reviewed the aforementioned motions and all related items on the docket and having determined that oral argument is not needed,

**IT IS**, on this 31st day of December, 2025, for the reasons set forth in the accompanying Opinion,

**ORDERED** that the CFTC's Motion for Summary Judgment against all Defendants on Counts I and II, D.E. 169, is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that the CFTC's Motion for Summary Judgment against all Defendants on Counts I and II, D.E. 169, is **GRANTED** with respect to the following issues:

- The application of 28 U.S.C. § 2462 to the CFTC's claims for restitution against all Defendants;

- Whether the CFTC exercised reasonable due diligence in attempting to uncover facts relevant to Defendants' wrongdoing as this question relates to the tolling of 28 U.S.C. § 2462 for the CFTC's claims for monetary penalties and disgorgement;

- Whether Counts I and II constitute domestic application of the Commodity Exchange Act;

- WWM's liability for Counts I and II based on conduct after December 27, 2016;

- TAB's liability for Counts I and II based on conduct after December 27, 2016; and

- Plaut's liability for Counts I and II based on conduct after December 27, 2016; and it is further

**ORDERED** that the CFTC's Motion for Summary Judgment against all Defendants on Counts I and II, D.E. 169, is **DENIED** with respect to any issue not listed above; and it is further

**ORDERED** that Dembro's Cross-Motion for Summary Judgment on Counts I and II, D.E. 170, is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Dembro's Cross-Motion for Summary Judgment on Counts I and II is **GRANTED** with respect to whether the following allegations may constitute an act committed in furtherance of WWM's misappropriation:

- That Dembro caused WWM's affiliate, WorldWideMarkets Online Trading, to use misappropriated customer funds to complete the wind-down of that affiliate;

- Dembro's involvement in deciding which vendors should be paid in April 2018; and

- Dembro's negotiations with a vendor to keep the WWM trading platform operation;

and it is further

**ORDERED** that Dembro's Cross-Motion for Summary Judgment on Counts I and II, D.E. 170, is **DENIED** with respect to any issue not listed above; and it is further

**ORDERED** that the CFTC's Default Judgment Motion against WWM, TAB, and Plaut on Counts III, IV, and V, D.E. 176, is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that the CFTC's Default Judgment Motion against WWM, TAB, and Plaut on Counts III, IV, and V, D.E. 176, is **GRANTED** with respect to the CFTC's claims for restitution and injunctive relief; and it is further

**ORDERED** that the CFTC's Default Judgment Motion against WWM, TAB, and Plaut on Counts III, IV, and V, D.E. 176, is **GRANTED** with respect to the CFTC's claims for (1) restitution and injunctive relief for the entire time period for which the CFTC has alleged violations and (2) monetary relief and disgorgement based on conduct after December 27, 2016; and it is further

**ORDERED** that the CFTC's Default Judgment Motion against WWM, TAB, and Plaut on Counts III, IV, and V, D.E. 176, is **DENIED** with respect to the CFTC's claims for disgorgement and monetary relief based on conduct prior to December 27, 2016; and it is finally

**ORDERED** that judgment is **ENTERED as to liability only** in favor of the CFTC and against WWM, TAB, and Plaut on Counts III, IV, and V.

/s/ Evelyn Padin
Evelyn Padin, U.S.D.J.